## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

PATRICK ROY HARPER,

      Plaintiff,

v.

RITA F. LIN and
VINCE CHHABRIA,

      Defendants.

_____/

Case No. 25-12616
Hon. Jonathan J.C. Grey

## <u>ORDER OF TRANSFER</u>

Pro se Plaintiff Patrick Roy Harper, a resident of Petaluma, California, filed this cause of action against two defendants who are United States District Judges in the Northern District of California. Harper seems to allege misconduct associated with cases he has filed and injuries he has allegedly suffered in the Northern District of California. The Eastern District of Michigan is not the proper venue for this action. A civil action may be brought only in: (1) a judicial district where any Defendant resides, if all Defendants reside in the state in which the Court is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred; or (3) if there is no district

in which an action may otherwise be brought as provided by this section, any judicial district in which any Defendant is subject to the Court's personal jurisdiction with respect to the action brought. 28 U.S.C. § 1391(b). The Eastern District of Michigan meets none of these criteria.

All of the defendants appear to reside in the Northern District of California, and the events giving rise to Harper's complaint appear to have occurred in Marin County and elsewhere in the Northern District of California.

Because the Northern District of California is the proper venue for this case, the Court **ORDERS** that this action is **TRANSFERRED** to the United States District Court for the Northern District of California.

**SO ORDERED.**

<u>**s/Jonathan J.C. Grey**</u>
Jonathan J.C. Grey
Date: September 22, 2025          United States District Judge

2

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 22, 2025.

<u>s/ **S. Osorio**</u>
Sandra Osorio
Case Manager