1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK ROY HARPER,

Plaintiff,

v.

RITA F. LIN, et al.,

Defendants.

Case No.  25-cv-08068-RS

**ORDER OF DISMISSAL**

Pro se Plaintiff Patrick Roy Harper's ill-defined claims against two federal district court judges are dismissed. A trial court may dismiss a claim under Rule 12(b)(6) sua sponte and without notice "where the claimant cannot possibly win relief." *Omar v. Sea-Land Serv., Inc.*, 813 F.2d 986, 991 (9th Cir. 1987) (citing *Wong v. Bell,* 642 F.2d 359, 361–62 (9th Cir.1981); 5 C. Wright & A. Miller, *Federal Practice and Procedure* § 1357 at 593 (1969)); Fed. R. Civ. P. 12(b)(6).

Plaintiff here seeks an "injunction to proceed immediately to an admiralty bench trial," averring violations of the jurisdictional statute 28 U.S.C. Section 1916, the Supremacy Clause, and Article III of the Constitution as well as fraud on the court and "hate crimes." Dkt. 1. Even if Plaintiff's averments gave rise to cognizable causes of action, Plaintiff cannot succeed because, as he concedes, his "demand arises out of proceedings in" prior district court adjudications before the Defendant judges and related appeals and petitions, Dkt. 1, and judges are entitled to absolute immunity where a plaintiff seeks to hold a judge liable for performance of judicial acts. *See*

*Franceschi v. Schwartz*, 57 F.3d 828, 830 (9th Cir.1995). Since Plaintiff cannot succeed, the above-captioned civil action is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: September 29, 2025

RICHARD SEEBORG
Chief United States District Judge